UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br>611 Pennsylvania Ave., SE #231<br>Washington, DC 20003<br><br>    *Plaintiff,*<br><br>v.<br><br>NATIONAL ARCHIVES AND<br>RECORDS ADMINISTRATION<br>700 Pennsylvania Ave., NW<br>Washington, DC 20408<br><br>    *Defendant.* | Civil Action No.: 22-2713 |

## COMPLAINT

1. Plaintiff America First Legal Foundation ("AFL") brings this action against Defendant National Archives and Records Administration ("NARA") to compel compliance with the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331. Additionally, it may grant declaratory relief pursuant to 28 U.S.C. § 2201, *et seq*.

3. Venue is proper in this District pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

## PARTIES

4. AFL is a nonprofit organization working to promote the rule of law in the United States, prevent executive overreach, ensure due process and equal protection for all Americans, and encourage public knowledge and understanding of the law and individual rights guaranteed under the United States Constitution and the laws of the United States. AFL's mission includes promoting government transparency and accountability by gathering official information, analyzing it, and disseminating it through reports, press releases, and/or other media, including social media platforms, all to educate the public. All of the records AFL receives will be made publicly available on AFL's website for citizens, journalists, and scholars to review and use. AFL's principal office is located in the District of Columbia.

5. NARA is an agency of the federal government within the meaning of 5 U.S.C. § 552(f) and has possession and control of the records AFL seeks.

## BACKGROUND

6. Transparency is key to a thriving democracy. Without it, it is impossible for citizens to hold Government accountable.

7. Indeed, the Biden Administration routinely states that it is committed to a transparent, open, and ethical government.[1]

---

[1] Statement, The White House, FACT SHEET: Biden-Harris Administration Prioritizes Effectiveness, Accountability, and Transparency in Bipartisan Infrastructure Law Implementation (Apr. 29, 2022), https://tinyurl.com/bdhrccyk; *Biden White House pledges data, transparency, respect for free press*, Reuters (Jan. 20, 2021), https://tinyurl.com/3fzz25mf; Mark Joyella, *Biden's White House Press Secretary Promises 'Trust and Transparency,'* Forbes (Jan. 20, 2021), https://tinyurl.com/2p8729wz.

8. "Timely disclosure of records is also essential to the core purpose of FOIA." U.S. Dep't Just., Freedom of Information Act Guidelines (Mar. 15, 2022), https://tinyurl.com/2yd463dv.

9. Yet, significant questions remain about the ways in which President Biden may have used his office while serving as Vice President. Specifically, significant questions persist about whether the Office of the Vice President was used to advance the interests of then-Vice President Biden's family.

10. Indeed, there has been extensive public interest in these issues, including into the financial dealings of Hunter Biden and James Biden.[2] And this interest has not diminished—just days ago polling revealed that "Hunter Biden's foreign business dealing remains an important story, according to voters[.]"[3]

11. The answers to these and many related questions bears directly on the public's confidence in the Government's integrity.

**AFL'S FOIA REQUESTS**

12. To better understand these issues, AFL submitted FOIA requests to NARA.

---

[2] Matt Viser, et al., *Inside Hunter Biden's Multimillion-Dollar Deals With a Chinese Energy Company*, Wash. Post (Mar. 30, 2022), https://wapo.st/3A8rjjW; Post Editorial Bd., Opinion, *Is the Hunter Biden probe delay to protect Dems in the midterms?*, N.Y. Post (July 21, 2022), https://tinyurl.com/4z59fsvk; Carrie Sheffield, *Shocking Harvard Poll: 67% Say Biden Should Be Impeached If Hunter Biden Corruption Proves True*, Indep. Women's Voice (Apr. 27, 2022), https://tinyurl.com/2p99znar.

[3] *Most Voters Say Hunter Biden's 'Laptop From Hell' Still an Important Story*, Rasmussen Reps. (Sept. 6, 2022), https://tinyurl.com/bdee3bkv.

*Request 2022-0119-F*

13.     On August 9, 2022, AFL submitted a FOIA request to NARA seeking various communications with Hunter Biden, James Biden, or with other individuals associated with Rosemont Seneca Partners or the Lion Hall Group. *See* Ex. A.

14.     In that request, AFL also requested expedited treatment, noting the intense public interest in these issues. *See id.* at 3.

15.     On August 17, 2022, NARA sent an e-mail to AFL requesting several clarifications about this request and the two others discussed herein. *See* Ex. J.

16.     On August 18, 2022, AFL responded by e-mail to these requests for clarification. *See id.*

17.     On August 19, 2022, NARA sent a letter to AFL acknowledging receipt of the FOIA request and assigning it Request Number 2022-0119-F. *See* Exs. B & J.

18.     In that response, NARA stated that searches had been conducted, and that approximately 29,760 e-mail messages had been identified as potentially responsive. *See id.*

19.     NARA did not, however, provide AFL any estimate of when it would complete its processing of these records. *See id.*

20.     In a separate letter sent on August 19, 2022, NARA also denied AFL's request for expedited processing. *See* Ex. C.

21.     Notwithstanding the intense public scrutiny paid to the issues underlying AFL's FOIA request, NARA denied the request for expedited treatment after concluding that the FOIA request was not supported by an "urgent need to

4

inform the public about an actual of alleged Federal Government activity," and the request did not relate to "[a] matter of widespread and exceptional media interest in which there exist possible questions that affect public confidence in the Government's integrity." *Id.* at 1.

22. On August 22, 2022, AFL sent NARA an e-mail supplementing this request (2022-0119-F). *See* Ex. J.

23. On August 26, 2022, NARA responded by e-mail, stating that it had supplemented this request in accordance with AFL's August 22, 2022 e-mail. *See id.*

24. As of the date of this Complaint, AFL has received no further response from NARA about this FOIA request.

*Request 2022-0120-F*

25. On August 9, 2022, AFL submitted a FOIA request to NARA for communications involving various employees of the Office of the Vice President and Hunter Biden or James Biden regarding official travel, meetings, or White House visits. *See* Ex. D.

26. In that request, AFL also requested expedited treatment, noting the intense public interest in these issues. *See id.* at 4.

27. On August 17, 2022, NARA sent an e-mail to AFL requesting several clarifications about this request and the two others discussed herein. *See* Ex. J.

28. On August 18, 2022, AFL responded by e-mail to these requests for clarification. *See id.*

5

29. On August 19, 2022, NARA sent a letter to AFL acknowledging receipt of the FOIA request and assigning it Request Number 2022-0120-F. *See* Ex. E.

30. In that response, NARA stated that searches had been conducted, and that approximately 32,403 images and 6,347 e-mail messages had been identified as potentially responsive. *See id.*

31. NARA did not, however, provide AFL any estimate of when it would complete its processing of these records. *See id.*

32. In a separate letter sent on August 19, 2022, NARA also denied AFL's request for expedited processing. *See* Ex. F.

33. Notwithstanding the intense public scrutiny paid to the issues underlying AFL's FOIA request, NARA denied the request for expedited treatment after concluding that the FOIA request was not supported by an "urgent need to inform the public about an actual of alleged Federal Government activity," and the request did not relate to "[a] matter of widespread and exceptional media interest in which there exist possible questions that affect public confidence in the Government's integrity." *Id.* at 1.

34. As of the date of this Complaint, AFL has received no further response from NARA about its FOIA request.

*Request 2022-0121-F*

35. On August 9, 2022, AFL submitted a FOIA request to NARA for records related to the foreign business dealings of Hunter Biden or James Biden. *See* Ex. G.

6

36. In that request, AFL also requested expedited treatment, noting the intense public interest in these issues. *See id.* at 3–4.

37. On August 17, 2022, NARA sent an e-mail to AFL requesting several clarifications about this request and the two others discussed herein. *See* Ex. J.

38. On August 18, 2022, AFL responded by e-mail to these requests for clarification. *See id.*

39. On August 19, 2022, NARA sent a letter to AFL acknowledging receipt of the FOIA request and assigning it Request Number 2022-0121-F. *See* Ex. H.

40. In that response, NARA stated that searches had been conducted, and that approximately 7,400 pages and 10,096 electronic files had been identified as potentially responsive. *See id.*

41. NARA did not, however, provide AFL any estimate of when it would complete its processing of these records. *See id.*

42. In a separate letter sent on August 19, 2022, NARA also denied AFL's request for expedited processing. *See* Ex. I.

43. Notwithstanding the intense public scrutiny paid to the issues underlying AFL's FOIA request, NARA denied the request for expedited treatment after concluding that the FOIA request was not supported by an "urgent need to inform the public about an actual of alleged Federal Government activity," and the request did not relate to "[a] matter of widespread and exceptional media interest in which there exist possible questions that affect public confidence in the Government's integrity." *Id.* at 1.

44.  As of the date of this Complaint, AFL has received no further response from NARA about its FOIA request.

## COUNT I
## Violation of FOIA, 5 U.S.C. § 552

45.  AFL repeats the foregoing paragraphs as if set forth fully herein.

46.  NARA is an agency of the federal government within the meaning of 5 U.S.C. § 552(f).

47.  By letters dated August 9, 2022, AFL submitted three FOIA requests to NARA.  *See* Exs. A, D, G.

48.  AFL's FOIA requests complied with all applicable statutes and regulations.

49.  The requested records are not exempt from FOIA pursuant to 5 U.S.C. § 552(b).

50.  NARA has failed to respond to AFL's request within the statutory time-period.  *See* 5 U.S.C. § 552(a)(6).

51.  Accordingly, AFL has exhausted its administrative remedies.  *See* 5 U.S.C. § 552(a)(6)(C).

52.  Additionally, each request demonstrated that expedited processing was appropriate under NARA's regulations.  Indeed, as AFL demonstrated, there is an "urgent need to inform the public" about the activities of then-Vice President Biden, his family, and the staff of the Office of the Vice President.  *See* 36 C.F.R. § 1250.28(a).  Similarly, as AFL demonstrated, these requests relate to "matter[s] of widespread

and exceptional media interest" and implicate "public confidence in the Government's integrity." *Id.*

53. Yet, NARA failed to comply with FOIA or with its own regulations when it denied these requests for expedited processing.

54. Accordingly, by denying AFL's requests for expedited treatment, and by failing to release any responsive, non-exempt records, or otherwise offer a reasonable schedule for production, NARA has violated FOIA.

## PRAYER FOR RELIEF

WHEREFORE, AFL respectfully requests that this Court:

i. Declare that NARA unlawfully denied AFL's requests for expedited processing.

ii. Declare that the records sought by the request, as described in the foregoing paragraphs, must be disclosed pursuant to 5 U.S.C. § 552.

iii. Order NARA to complete its searches immediately for all records responsive to AFL's FOIA requests and demonstrate that they employed search methods reasonably likely to lead to the discovery of responsive records.

iv. Order NARA to produce by a date certain all non-exempt records responsive to AFL's FOIA request.

v. Award AFL attorneys' fees and costs incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E).

vi. Grant AFL such other and further relief as this Court deems proper.

September 8, 2022                                             Respectfully submitted,

*/s/ Brian J. Field*
BRIAN J. FIELD
D.C. Bar No. 985577
SCHAERR | JAFFE LLP
1717 K Street NW
Suite 900
Washington, DC 20006
Tel.: (202) 787-1060
E-mail: bfield@schaerr-jaffe.com

*/s/ Michael Ding*
MICHAEL DING
D.C. Bar No. 1027252
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave SE #231
Washington, D.C. 20003
Tel.: (202) 964-3721
E-mail: michael.ding@aflegal.org

*Counsel for Plaintiff*
*America First Legal Foundation*