# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>*Plaintiff*<br><br>v.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 22-2713 |

## SUMMONS IN A CIVIL ACTION

To:   *(Defendant's name and address)*

NATIONAL ARCHIVES AND RECORDS ADMINISTRATION
700 Pennsylvania Ave., NW
Washington, DC 20408

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

BRIAN J. FIELD
SCHAERR | JAFFE LLP
1717 K Street NW
Suite 900
Washington, DC 20006

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____                    _____
                                            *Signature of Clerk or Deputy Clerk*

FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

AMERICA FIRST LEGAL FOUNDATION,      )
                                      )
            *Plaintiff*                )
                                      )
       v.                             )      Civil Action No.: 22-2713
                                      )
NATIONAL ARCHIVES AND RECORDS         )
ADMINISTRATION,                       )
                                      )
            *Defendant*                )

## SUMMONS IN A CIVIL ACTION

To:   *(Defendant's name and address)*

Matthew M. Graves, U.S. Attorney for the District of Columbia
U.S. Attorney's Office
Attn: Civil Process Clerk
601 D Street, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

BRIAN J. FIELD
SCHAERR | JAFFE LLP
1717 K Street NW
Suite 900
Washington, DC 20006

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____           _____
                                  *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

AMERICA FIRST LEGAL FOUNDATION,  )
*Plaintiff*                      )
                                 )
v.                               )   Civil Action No.: 22-2713
NATIONAL ARCHIVES AND RECORDS    )
ADMINISTRATION,                  )
*Defendant*                      )

## SUMMONS IN A CIVIL ACTION

To:   *(Defendant's name and address)*

Merrick B. Garland, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

BRIAN J. FIELD
SCHAERR | JAFFE LLP
1717 K Street NW
Suite 900
Washington, DC 20006

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____        _____
                                *Signature of Clerk or Deputy Clerk*