IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>*Plaintiff*,<br><br>v.<br><br>THE NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>*Defendant*. | Case No. 22-cv-02713 (CRC) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated June 1, 2023, Plaintiff America First Legal Foundation ("AFL") and Defendant the National Archives and Records Administration ("NARA") (collectively, the "Parties"), by and through undersigned counsel, respectfully submit this Joint Status Report.

1. This case involves three Freedom of Information Act ("FOIA") requests that AFL submitted on August 9, 2022, seeking records regarding Hunter Biden and James Biden's business dealings. Compl., ECF No. 1.

2. Because of the breadth of AFL's FOIA requests and the significant quantity of potentially responsive communications and images, NARA originally estimated that, based on the Parties' agreed-upon processing rate of 1,250 pages per month, production would not be completed until August 1, 2029.

3. Thus far, NARA has processed potentially responsive records in this case at a rate of at least 1,250 pages per month. NARA made its first Presidential Records Act ("PRA") notification on November 30, 2022. It has made five subsequent PRA notifications and provided AFL with four interim responses. NARA will continue to produce any responsive, non-exempt

records that return from each PRA notification pursuant to the PRA's designated timeframe. For the notifications that remain outstanding since the Parties' last status report, those deadlines are as follows:

 (a) March 28, 2023 notification—June 29, 2023 or August 11, 2023;

 (b) April 27, 2023 notification—August 1, 2023 or September 13, 2023;

 (c) May 31, 2023 notification—September 1, 2023 or October 17, 2023.

NARA will continue processing at least 1,250 pages of potentially responsive records each month, make each subsequent PRA notification, and provide productions of any responsive, non-exempt records according to the process discussed above.

 4. The Parties have reviewed the Court's recent minute orders and are committed to continuing to work together to create a workable production schedule. One unique aspect of this case is the PRA notification process. Because of that process, there is a multi-month delay in the timing of NARA's releases to AFL. Thus, although AFL filed its complaint in September of last year, AFL has only received five releases to date.

 5. The parties are committed to discussing ways to narrow the scope of processing to accelerate resolution of this case. But AFL believes that it will be helpful to first receive several additional releases. Those releases will give AFL additional information with which to propose ways to narrow the scope of processing. AFL will review the next two releases scheduled for this summer and use them to work with NARA to find the most productive way to narrow their requests, with the goal of reporting on a narrowing agreement in the next JSR.

 6. In the meantime, the Parties are also discussing ways to identify where narrowing may be the most productive. For example, with respect to Request Number 2022-0119-F, although there are over 29,000 email messages remaining to be processed, nearly 20,000 of those emails are not attributable directly to Hunter or James Biden, and instead, are emails sent to or from the

generic domains @rosemontseneca.com and @senecaga.com. Thus, this may be one of a number of areas suitable for narrowing, which once agreed to, would significantly shorten the anticipated production time. Additionally, NARA also invites AFL to provide proposals for keyword searches, time-period limitations, and subject-matter areas of focus that might also help narrow AFL's requests. The parties are discussing these topics currently.

7.  The Parties propose filing another JSR by October 6, 2023, in which the Parties will update the Court about the status of their discussions about potential narrowing, along with an updated estimated date by which the production of documents will be completed.

8.  In light of this proposal, and as the Parties are already working together to develop a workable production schedule, the Parties submit that the in-person status conference set for July 13, 2023 is not necessary. Should the Court determine that an in-person status conference is required, the Parties respectfully request that the conference be continued to a different date, as counsel for NARA has an out-of-state preliminary injunction hearing scheduled for July 13, 2023. If the Court nonetheless wishes to proceed with a status conference, the parties are available to participate in such a status conference on any of the following days: July 17–21.

Dated: June 14, 2023                                   Respectfully submitted,

*/s/ Brian J. Field*                                          BRIAN M. BOYNTON
Brian J. Field                                                Principal Deputy Assistant Attorney
D.C. Bar No. 985577                                       General
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900                       MARCIA BERMAN
Washington, DC 20006                                 Assistant Director, Federal Programs
Tel.: (202) 787-1060                                      Branch
E-mail: bfield@schaerr-jaffe.com
                                                                    */s/ Taylor Pitz*
MICHAEL DING                                           TAYLOR PITZ
D.C. Bar No. 1027252                                  Trial Attorney (CA Bar No. 332080)
AMERICA FIRST LEGAL FOUNDATION           United States Department of Justice
611 Pennsylvania Ave SE #231                   Civil Division, Federal Programs Branch
Washington, D.C. 20003                              1100 L St NW

3

| | |
|---|---|
| Tel.: (202) 964-3721<br>E-mail: michael.ding@aflegal.org | Washington, D.C. 20005<br>Telephone: (202) 305-5200<br>Email: taylor.n.pitz@usdoj.gov |
| *Counsel for Plaintiff* | *Counsel for Defendant* |